1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   GLORIA GIANNINI
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  NO. CR-S-07-0018 EJG
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER CONTINUING
14     v.                         )  STATUS CONFERENCE
                                  )
15 GLORIA GIANNINI,               )
                                  )  DATE: April 13, 2007
16              Defendant.        )  TIME: 10:00 a.m.
                                  )  JUDGE: Edward J. Garcia
17 _____)

18

19     It is hereby stipulated and agreed to between the United States of

20 America through R. Steven Lapham, Assistant United States Attorney and

21 defendant, GLORIA GIANNINI, by and through her counsel, Matthew C.

22 Bockmon, Assistant Federal Defender, that the status conference

23 presently scheduled for hearing on March 23, 2007, be vacated and

24 rescheduled for status conference on April 13, 2007, at

25 10:00 a.m.

26     This continuance is being requested because the defendant is in

27 the process of possibly obtaining retained counsel and needs additional

28 time to seek such counsel.

1     IT IS FURTHER STIPULATED that the period March 23, 2007, through
2  and including April 13, 2007, be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to
4  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 to give the defendant
5  reasonable time to obtain counsel.
6  Dated: March 21, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GLORIA GIANNINI

Dated:  March 21, 2007

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ R. Steven Lapham
                                    _____
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney
                                    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  March 21, 2007

                   /s/ Edward J. Garcia
                   _____
                   EDWARD J. GARCIA, JUDGE

Stipulation & Order                     2