1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   GLORIA GIANNINI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0018 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| GLORIA GIANNINI, | ) |
| | ) DATE: April 27, 2007 |
| Defendant. | ) TIME: 10:00 a.m. |
| | ) JUDGE: Edward J. Garcia |
| _____ | ) |

   It is hereby stipulated and agreed to between the United States of America through R. Steven Lapham, Assistant United States Attorney and defendant, GLORIA GIANNINI, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for hearing on April 13, 2007, be vacated and rescheduled for status conference on April 27, 2007, at 10:00 a.m.

   This continuance is being requested because the defendant is in the process of obtaining retained counsel and needs additional time to retain such counsel.

1     IT IS FURTHER STIPULATED that the period April 13, 2007, through
2  and including April 27, 2007, be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to
4  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 to give the defendant
5  reasonable time to obtain counsel.
6  Dated: April 11, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GLORIA GIANNINI

Dated:  April 11, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ R. Steven Lapham
                                        _____
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney
                                        per telephonic authority


                              **O R D E R**

IT IS SO ORDERED.

Dated:  April 11, 2007
                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge

Stipulation & Order                          2