1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

5

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,    )    CR. NO. S-07-018 EJG
                                )
11           Plaintiff,         )    STIPULATION AND ORDER
                                )    CONTINUING STATUS CONFERENCE
12      v.                      )
                                )
13 GLORIA GIANNINI,             )
                                )
14           Defendant.         )
                                )
15 _____)

16
        IT IS HEREBY STIPULATED by the parties, through their
17
   respective undersigned counsel that, subject to the approval of the
18
   court, the Status Conference currently set for September 7, 2007, at
19
   10:00 a.m. may be continued to November 2, 2007 at 10:00 a.m.
20
        IT IS FURTHER STIPULATED that, based on the volume of discovery
21
   produced by the government and defense counsels investigation of the
22
   case, time should be excluded under the Speedy Trial Act from
23
   ////
24
   ////
25
   ////
26
   ////
27
   ////
28

                                     1

September 7 through November 2, 2007, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (local code T-4).

DATED: September 6, 2007

                        McGREGOR W. SCOTT
                        United States Attorney

                        By: s/R. Steven Lapham
                           R. STEVEN LAPHAM
                           Assistant U.S. Attorney

DATED: September 6, 2007        s/R. Steven Lapham for
                                        JOSEPH WISEMAN
                                        Counsel for Gloria Giannini
                                        (Telephonic authorization)

## O R D E R

IT IS SO ORDERED.

September 6, 2007

                        /s/ Edward J. Garcia
                        HON. EDWARD J. GARCIA
                        Senior U.S. District Judge