IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

  v.                                 CIV S-07-1153 GEB/DAD

2003 PONTIAC GRAND PRIX, VIN:
1G2WR52163F114111, CALIFORNIA
LICENSE 4ZLC890

        Defendant.

Claimant: GLORIA GIANNINI

UNITED STATES

        Plaintiff

  v.                                 CR S-07-018 EJG

GLORIA GIANNINI                 RELATED CASE ORDER

        Defendant.

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 1984). The actions involve the same parties, and are based on the same or similar claims, the same property, transaction

1  or event, similar questions of fact and the same question of law.
2  Accordingly, the assignment of the matters to the same judge  judge
3  is likely to effect a substantial savings of judicial effort and is
4  also likely to be convenient for the parties.
5  　　　　The parties should be aware that relating the cases under
6  Local Rule 83-123 merely has the result that actions are assigned
7  to the same judge and magistrate judge; no consolidation of the
8  actions is effected.  Under the regular practice of this court,
9  related cases are generally assigned to the judge and magistrate
10 judge to whom the first filed action was assigned.
11 　　　　IT IS THEREFORE ORDERED that the action denominated CIV.
12 NO. S-07-1153 be, and the same hereby is, reassigned to Judge
13 EDWARD J. GARCIA and Magistrate Judge Dale A. Drozd for all further
14 proceedings, and any dates currently set in this reassigned case
15 _only_ are hereby VACATED.  Henceforth, the caption on documents
16 filed in the reassigned case shall be shown as CIV S-07-1153
17 EJG/DAD.
18 　　　　IT IS SO ORDERED.
19 　　　DATED: October3, 2007

　　　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT