```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT
 8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CR. NO. S-07-018 EJG
                                 )
11             Plaintiff,        )   STIPULATION CONTINUING HEARING
                                 )   ON MOTION TO WITHDRAW PLEA
12        v.                     )   AND FINDING EXCLUDABLE TIME
                                 )
13  GLORIA GIANNINI,             )
                                 )
14             Defendant.        )
                                 )
15  _____ )
16
17       IT IS HEREBY STIPULATED by the parties, through their
18  respective undersigned counsel, that the hearing on the defendant's
19  Motion to Withdraw Guilty Plea, currently set for September 18,
20  2009, may be continued to November 13, 2009 at 10:00 a.m.
21       IT IS FURTHER STIPULATED that, time should be excluded under
22  the Speedy Trial Act through and including November 13, 2009,
23  pursuant to 18 U.S.C. §§ 3161(h)(1)(D) based on the pending motion.
24  DATED: September 16, 2009
25                                    LAWRENCE G. BROQWN
                                      United States Attorney
26
27                                    By: s/R. Steven Lapham
                                      R. STEVEN LAPHAM
28                                    Assistant U.S. Attorney
```

1

1
2
3  DATED: September 16, 2009
4                                           s/R. Steven Lapham for
                                            KRISTA HART
5                                           Counsel for Gloria Giannini
                                            (Email authorization)
6
7                                O R D E R
8      IT IS SO ORDERED this 16th day of September, 2009.
9
10                                          /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
11                                          Senior U.S. District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28