Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Gloria Giannini

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No.: 2:07-CR-00018-WBS |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING & ~~PROPOSED~~ ORDER** |
| **Gloria Giannini**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

This matter is currently on calendar on January 8, 2018 at 9:00 a.m. for an Admit/Deny Hearing Regarding Supervised Release Violation. The matter is currently being investigated in Fresno, California for the possibility of additional release violation adidtions and/or criminal charges. The parties hereby seek and stipulate to continue this hearing to January 22, 2018 at 9:00 a.m.

SO STIPULATED.

///

///

///

Dated: January 5, 2018    /s/Nicco Capozzi

Nicco Capozzi

Attorney for Gloria Giannini

Dated: January 5, 2016    /s/Heiko Coppola

Heiko Coppola

Attorney for the United States

**ORDER**

Good cause having been shown and upon the stipulation of the parties, it is hereby ordered that the hearing currently scheduled for January 8, 2018 at 9:00 a.m. be continued to January 22, 2018 at 9:00 a.m.

Dated: January 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE