Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Gloria Giannini

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No.: 2:07-CR-00018-WBS |
| Plaintiff, | |
| vs. | **STIPULATION TO TRANSFER MATTER TO FRESNO COURT PURSUANT TO LOCAL RULE 120 & PROPOSED ORDER** |
| **Gloria Giannini**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

This matter is currently on calendar on January 22, 2018 at 9:00 a.m. for an Admit/Deny Hearing Regarding Supervised Release Violation. The matter is currently being investigated in Fresno, California for the possibility of additional release violation additions and/or criminal charges.  Additionally, the evidence and witnesses related to this incident are located in Fresno, California. The parties hereby seek and stipulate to transfer the matter to the Fresno court pursuant to Local Rule 120, which allows for intradistrict transfer by stipulation. The defense, the prosecution, and the probation department all agree. The parties seek that the hearing for January 22, 2018 be vacated and that a new hearing be set once the defendant is transferred to Fresno.

SO STIPULATED.

///

///

| | | | |
|---|---|---|---|
| 1 | Dated: | January 17, 2018 | /s/Nicco Capozzi |
| 2 | | | Nicco Capozzi |
| 3 | | | Attorney for Gloria Giannini |

Dated:     January 17, 2016          /s/Heiko Coppola

Heiko Coppola

Attorney for the United States

Dated:     January 17, 2018          /s/Adam Tunison

Adam Tunison

Unites States Probation

### ORDER

Good cause having been shown and upon the stipulation of the parties, it is hereby ordered that the hearing currently scheduled for January 22, 2018 at 9:00 a.m. be vacated and that the matter be transferred back to Fresno pursuant to Local Rule 120.

Dated: January 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE