McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00011-DAD |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR RELEASE OF MATERIAL RETAINED BY UNITED STATES PROBATION OFFICE |
| v. | |
| GLORIA GIANNINI, | |
| Defendant. | |

The United States, through its attorneys McGregor W. Scott, United States Attorney for the Eastern District of California, and Michael G. Tierney, Assistant U.S. Attorney, requests that the Court authorize the release of the material (including documents and any electronic items) obtained by the United States Probation Office from the defendant's residence in or about December 2017.

**BACKGROUND**

1. In November and December 2017, defendant Gloria Giannini serving a term of supervised release and was being supervised by the United States Probation Office for the Eastern District of California ("the Probation Office"). Among other conditions of release, the defendant was prohibited from opening lines of credit or obtaining new employment without the permission of the Probation Office. Superseding Petition for Warrant or Summons, Dkt. 129 at 1-2.

2. In approximately December 2017, members of the Probation Office conducted a search of the defendant's residence to monitor her compliance with his terms of her supervised release.

1

3. During the search, members of the Probation Office took possession of material within the residence that related to the defendant's financial dealings. Certain of the material represented hard copy documents that appeared to be generated by the defendant. It is unknown whether such documents exist in any other location or in any other format.

4. In part due to review of the material, the Probation Office filed a petition alleging violations of conditions of release. Dkt. 129.

5. In addition to the supervised release violations, members of the Probation Office consulted with the United States Attorney's Office and the Federal Bureau of Investigation to investigate whether the defendant committed federal criminal offenses. In approximately January 2018, the FBI opened an investigation into this matter. The investigation is ongoing.

6. In February 2018, the defendant admitted certain violations of his supervised release in both cases. Dkt. 134. On April 4, 2018, the Court sentenced defendant to 24 months imprisonment. Dkt. 137-38

7. In order to continue its investigation, the FBI proposes to take custody of material gathered by the Probation Office during its search of the defendant's residence.

## **STANDARD**

8. Local Rule 461 states that probation records "are confidential records of the United States District Court." Disclosure is prohibited absent order of the Court. L.R. 4601(a). Requests for disclosure must be in writing and must articulate with particularity the need for specific items of information within the report. *Id.* at 461(b).

9. The Administrative Office of the Court recognizes that information obtained by the Probation Office may be used in a subsequent criminal investigation. "Information or evidence gathered in the course of a [probation] search may be used in . . . reporting serious criminal conduct to a law enforcement agency." *See* Administrative Office of the Courts Overview of Probation and Supervised Release Conditions at 80, available at:
(http://www.uscourts.gov/sites/default/files/overview_of_probation_and_supervised_release_conditions_0.pdf).

**CONCLUSION**

For the reasons set forth above, the United States therefore requests that the Court authorize the release of material gathered from the search of the defendant's residence in December 2017.

Dated: 5/3/2018                    McGREGOR W. SCOTT
                                   United States Attorney

                        By:    /s/ Michael G. Tierney
                               MICHAEL G. TIERNEY
                               Assistant U.S. Attorney


**ORDER**

For the reasons set forth in the government's application, all materials gathered by the United States Probation Office during the search of the defendant's residence in or about December 2017 may be disclosed to and retained by the Federal Bureau of Investigation.

IT IS SO ORDERED.

Dated:   **May 11, 2018**                    _____
                                             UNITED STATES DISTRICT JUDGE